# United States District Court, Eastern District of Washington
## Magistrate Judge James A. Goeke
### Spokane

| USA v. YANCARLOS ARREDONDO-MENDOZA | Case No. 2:22-MJ-029-JAG-1 |
|---|---|

**Initial Appearance on Complaint:**                                                01/28/2022

| | | | |
|---|---|---|---|
| ☒ | Melissa Orosco, Courtroom Deputy | ☒ | Caitlin Baunsgard, US Atty (VTC) |
| ☒ | Patrick J. Dennis, US Probation / Pretrial Services Officer | ☒ | Kathryn Lucido, Defense Atty |
| ☒ | Defendant present ☒ in custody USM | ☒ | Natalia Rivera, Interpreter (VTC) |

| | | | |
|---|---|---|---|
| ☒ | USA motion for detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of Complaint |
| ☒ | The Court will appoint the Federal Defenders | ☐ | Defendant waived reading of Complaint |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Complaint read in open court |
| ☐ | PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |

## REMARKS

    Defendant appeared, in custody, with counsel, and with the assistance of federally certified Spanish interpreter, Natalia Rivera. Defendant acknowledged to the Court that his true and correct name is YANCARLOS ARREDONDO-MENDOZA.

    Defendant was advised of his rights and the allegations contained in the Complaint.

    Based on information provided in the Financial Affidavit, the Court appointed the Federal Defenders to represent Defendant in this matter.

    Government has filed a motion for detention.

    Defendant waived preliminary and detention hearings at this time but reserved the right to revisit issue of detention should circumstances change.

**The Court ordered:**
1. Motion for detention **granted**.
2. Oral order issued confirming the Government's disclosure obligations under the Due Process Protections Act and the possible consequences of violation of said order (Government has standing objection to language as overbroad).
3. Status hearing set on February 2, 2022, at 1:30 p.m.
4. Defendant shall be detained by the U. S. Marshal until further order of the Court.

| **Detention Hrg:** *Waived by Defendant*; **USA's Motion for Detention** is *granted*. | **Preliminary Hrg:** *Waived by Defendant* | **Status Hrg:** 02/02/2022 @ 1:30 p.m. [S/JAG] |
|---|---|---|

| *Subject to right to return before the Court should circumstances change.* | | |
|---|---|---|